IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RANDY CHAMBLESS,
ADC #119569                                                                                           PLAINTIFF

v.                                              4:09CV00027HLJ

SALINE COUNTY
DETENTION FACILITY, et al.                                                                  DEFENDANTS

ORDER

By Order dated January 27, 2009 (DE #3), this Court granted plaintiff's application to proceed in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. However, finding plaintiff's complaint too vague and conclusory to enable the Court to determine whether it is frivolous, fails to state a claim, or states a legitimate claim, the Court directed plaintiff to submit an amended complaint within thirty days. Following the filing of a response to that Order by plaintiff (DE #7), the Court issued another on February 5, 2009, directing him to submit an amended complaint in accordance with the specific instructions set forth in the earlier Order (DE #8). After granting plaintiff an additional extension of time, plaintiff has now submitted an amended complaint (DE #17). Having reviewed the original and amended complaints, and construing them together, it now appears to the Court that service is appropriate with respect to defendants Sgt. Reed, Cpl. Westbrook, Sgt. Christy Lobbs, Sheriff Bruce Pennington, and Deputy Files. Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the defendants Reed, Westbrook, Lobbs, Bruce Pennington, and Files. The Clerk of the Court shall prepare summons for the defendants and the United States Marshal is hereby directed to serve a copy of the original (DE #2) and amended complaints (DE ##17, 20) and summons on defendants without prepayment of fees and costs or security

therefore.

IT IS FURTHER ORDERED that plaintiff's motion for the appointment of counsel (DE #21) is hereby DENIED without prejudice.

IT IS SO ORDERED this 31st day of March, 2009.

*Henry L. Jones, Jr.*
United States Magistrate Judge