IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RANDY CHAMBLESS,
ADC #119569                                                                                              PLAINTIFF

v.                                            4:09CV00027HLJ

SALINE COUNTY
DETENTION FACILITY, et al.                                                                    DEFENDANTS

ORDER

This matter is before the Court on plaintiff's motions for a default judgment and to appoint counsel (DE ##38, 39).

In support of his motion for a default judgment, plaintiff states summons was returned, executed, with respect to defendants Westbrook, Pennington, and Files, but they have not answered or otherwise responded to his complaint. Plaintiff also notes that summons was returned, unexecuted, with respect to defendant Reed.

According to the docket sheet, summons was returned, executed, with respect to defendants Westbrook, Pennington, and Files on April 9, 2009, and an answer was filed by these defendants on April 22, 2009 (DE #33). Therefore, plaintiff's motion for a default judgment will be denied. The Court will, however, direct defendants to provide the last-known address of defendant Reed.

In support of his second motion for the appointment of counsel, plaintiff states he is unable to litigate the matters in this action on his own, as the issues are complex and he does not possess the proper understanding. However, the factual allegations in the complaint are not complex, the legal issues are very straightforward, and plaintiff has thus far demonstrated adequate ability to place his claims before the Court. Therefore, the Court will deny plaintiff's request for counsel at

this time.  Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff's motions for default judgment and the appointment of counsel (DE ##38, 39) are hereby DENIED without prejudice.

IT IS FURTHER ORDERED that defendants shall provide to the Court the last-known address of defendant Reed within ten day sof the date of this Order.

IT IS SO ORDERED this 4th day of November,  2009.

*Henry L. Jones, Jr.*
_____
United    States    Magistrate    Judge