IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

RANDY CHAMBLESS,
ADC #119569                                                                                          PLAINTIFF

4:09CV00027HLJ

SALINE COUNTY
DETENTION FACILITY, et al.                                                                 DEFENDANTS

ORDER

By Order dated November 4, 2009, this Court directed defendants to provide the last-known address of defendant Reed, who has not yet been served (DE #44). Defendants have responded to the Court, listing defendant's address as: Dru Reed, 296 Grant 82, Sheridan, AR 72150. Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the defendant Dru Reed, and the United States Marshal is hereby directed to serve a copy of the summons and original and amended complaints (DE ##2, 17) on defendant, at the address provided above, without prepayment of fees and costs or security therefore.

IT IS FURTHER ORDERED that plaintiff's motion for reconsideration of its previous Orders (DE #48) is hereby DENIED without prejudice.

IT IS SO ORDERED this 7th day of December, 2009.

_____
United States Magistrate Judge