# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

RANDY CHAMBLESS,                                                                    PLAINTIFF
ADC #119569

v.                              No. 4:09CV00027JLH/HLJ

SALINE COUNTY DETENTION FACILITY, *et al.*                              DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that defendants' motion for summary judgment (DE #67) is hereby GRANTED, and plaintiff's complaint against defendants is hereby DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 25th day of February, 2010.

_____
UNITED STATES DISTRICT JUDGE